**U.S. Citizenship and Immigration Services**

U.S. Citizenship and Immigration Services
P.O. Box 660168
Dallas, TX 75266-0168

**DATE: May 6, 2025**

**Matthew Kidd**
**Northen Rockies Regional Center LLC**
**C/O Rohit Kapuria**
**701 Brickell Avenue, Flr 17**
**Miami, FL 33131**

**Regional Center ID:** RC2200000746
**New Commercial Enterprise:** EB5 United Big Sky IV LLC
**NCE ID:** NCE2590001301

**Application Type:** Initial
**Receipt Number:** INF2560015720

**Received Date: May 1, 2025**

Dear Sir/Madam:

This is in reference to the Form I-956F, Application for Approval of an Investment in a Commercial Enterprise, you submitted.

Application/Petition Fee: $47,695.00
Total Amount Received: $47,695.00
Total Balance Due: $0.00

Visit the USCIS Contact Center at www.uscis.gov/contactcenter to get answers to your questions and connect with a live USCIS representative. The USCIS Contact Center provides information in English and Spanish. For TTY (deaf or hard of hearing) call: 1-800-767-1833.

Thank you,
U.S. Citizenship and Immigration Services

I-956F Accept (October 2022)

USCIS
7 Product Way
Lee's Summit, MO 64002

US POSTAGE ᴵᴹᴵ PITNEY BOWES

ZIP 75067 $ 001.50⁰
02 4W
0000381311 MAY. 06. 2025





Saul Ewing LLP

MAY 20 2025

RECEIVED