**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION**

| | |
|---|---|
| Northern Rockies Regional Center, LLC<br><br>*Plaintiff*s,<br><br><br>vs.<br><br>UNITED STATES CITIZENSHIP &<br>IMMIGRATION SERVICES (USCIS);<br><br>Joseph EDLOW, in his Official Capacity,<br>Director, USCIS; and,<br><br>Alissa EMMEL, in her Official Capacity,<br>Chief, Immigrant Investor Program Office<br><br>*Defendants*. | Case No.: 2:25-cv-00082-JTJ<br><br><br>**NOTICE OF VOLUNTARY<br>DISMISSAL WITHOUT<br>PREJUDICE** |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rules of Civil Procedure 41(a), Plaintiff, Northern Rockies Regional Center, LLC ("Northern Rockies RC" or "Plaintiff"), voluntarily dismisses without prejudice the above-captioned action against Defendants, United States and Citizenship Services ("USCIS"); Joseph EDLOW, in his Official Capacity, Director, USCIS; and, Alissa EMMEL, in her Official Capacity, Chief, Immigrant Investor Program Office.

This notice is being filed with the Court before service by Defendants of a response to Plaintiff's complaint. Each party will bear their own fees and costs.

Dated: October 7, 2025                Respectfully submitted,


                              By: /s/ Niralkumar Patel
                                    Niralkumar Patel, Esq.
                                    (State Bar No.: 316815)


                                    KLDP LLP
                                    250 W 34th Street, Floor 3
                                    New York, NY 10119
                                    Tel. No. (951) 310-2244
                                    Email: npatel@kldpllp.com
                                    *Attorney for Plaintiff*